UNITED STATES of AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

LAUREN BURGY *et al.,*

    Plaintiffs,

 -vs-                Case No. 20-12473
                         Hon. Paul D. Borman

ANTREV RECOVERY & TOWING INC.*,*

    Defendant.

## **NOTICE OF VOLUNTARY DISMISSAL of WITH PREJUDICE**

    The Plaintiff dismisses all claims with prejudice and without costs, sanctions, or attorneys fees.

                  Respectfully Submitted,

                  ADAM G. TAUB & ASSOCIATES
                  CONSUMER LAW GROUP, PLC

         By:    s/ Adam G. Taub
                  Adam G. Taub (P48703)
                  Attorney for Lauren Burgy
                  17200 West 10 Mile Rd, Ste 200
                  Southfield, MI 48075
                  (248) 746-3790
                  adamgtaub@clgplc.net

Dated: November 25, 2020